IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DEAMPRET LEON MILLER, ) | |
| #17133-002, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CASE NO. 1:21-CV-748-RAH-CWB |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**ORDER**

This case is before the Court on a Recommendation (Doc. 40) of the Magistrate Judge entered on February 27, 2025. There being no timely objections filed to the Recommendation, and after an independent review of the file, it is

ORDERED as follows:

1. The Recommendation is ADOPTED;

2. The § 2255 Amended Motion (Doc. 8) and amendments thereto (Docs. 21, 29) are DENIED without an evidentiary hearing; and

3. This case is DISMISSED with prejudice.

Final Judgment will be entered separately.

DONE, on this the 21st day of March 2025.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE